IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

|  |  |
|---|---|
| **PROGRESSIVE NORTHERN INSURANCE COMPANY** | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 7:18-cv-00508-EKD |
| **CAPITAL MEATS, INC., et al.** | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Progressive Northern Insurance Company and Defendant Madinah Karimah Alomar, by and through their respective counsel, hereby stipulate and agree that this action shall be dismissed, with each party bearing its own costs and attorney's fees. The other Defendants named in this action, Capital Meats, Inc. and Justin Scott Huffman, have not appeared in this action and are not required to join in this stipulation pursuant to Rule 41(a)(1)(A)(ii).

DATED: June 14, 2019

/s/ Lindsay L. Rollins
John B. Mumford, Jr. (VSB No.: 38764)
Lindsay L. Rollins (VSB No.: 86362)
Hancock, Daniel & Johnson, P.C.
4701 Cox Road, Suite 400
Glen Allen, Virginia 23060
jmumford@hancockdaniel.com
lrollins@hancockdaniel.com
Telephone: (804) 967-9604
Facsimile: (804) 967-9888
*Counsel for Progressive Northern Insurance Company*

/s/ D. Stephen Haga, Jr.
D. Stephen Haga, Jr. (VSB No.: 19125)
The Haga Law Firm, PLC
27 Scattergood Drive, NW
Christiansburg, VA 24073
Phone: (540) 382-6321
Fax: (540) 381-2884
*Counsel for Defendant Madinah Karimah Alomar*